NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**
*Plaintiff-Appellant*

**v.**

**JACK HENRY & ASSOCIATES, INC.,**
*Defendant-Appellee*

---

2016-1887

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01138-SLR, Judge Sue L. Robinson.

---

**JUDGMENT**

---

STEVEN WHITEFIELD RITCHESON, Insight, PLC, Chatsworth, CA, argued for plaintiff-appellant. Also represented by MAUREEN V. ABBEY SCORESE, Heninger Garrison Davis, LLC, Kenilworth, NJ; TIMOTHY C. DAVIS, Birmingham, AL.

RUSSELL S. JONES, JR., Polsinelli PC, Kansas City, MO, argued for defendant-appellee. Also represented by JAY E. HEIDRICK, RICHARD P. STITT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 13, 2018  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court